# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **JENNA KELLER,** | : | Civil No. 1:17-cv-1883 |
| **Plaintiff,** | : | |
| v. | : | |
| **PFIZER, INC.,** | : | |
| **Defendant.** | : | Judge Sylvia H. Rambo |

## O R D E R

In accordance with the accompanying memorandum of law, **IT IS HEREBY ORDERED** that Defendant's motion to compel arbitration is **DENIED** without prejudice.

**IT IS FURTHER ORDERED** that the parties are granted thirty days to conduct limited discovery on the issue of whether Plaintiff entered into and intended to be bound by the Arbitration Agreement. At the close of that thirty days, or before discovery is complete, Defendant may file a renewed motion to compel arbitration.

    s/Sylvia H. Rambo
    SYLVIA H. RAMBO
    United States District Judge

Dated: August 8, 2018