IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **JENNA KELLER,** Plaintiff, | Civil No. 1:17-CV-1883 |
| v. | |
| **PFIZER, INC,** Defendant. | Judge Sylvia H. Rambo |

# **O R D E R**

In accordance with the accompanying memorandum of law, **IT IS HEREBY ORDERED** that Defendant's motion to compel arbitration (Doc. 24,) is **GRANTED**. **IT IS FURTHER ORDERED** that the above-captioned matter is stayed pending the outcome of the arbitration. The parties are **ORDERED** to notify the court within 30 days of the issuance of an award.

                                                  s/Sylvia H. Rambo
                                                  SYLVIA H. RAMBO
                                                  United States District Judge

Dated: November 8, 2018